UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 20355
   JOSEPHINE COLLINS
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-2466
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 05/25/2004 and was confirmed 08/18/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 74.51% from remaining funds.

   The case was paid in full 08/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| TRIAD FINANCIAL | SECURED | 4000.00 | 121.06 | 4000.00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | .00 | .00 | .00 |
| A ALL FINANCIAL SERVICES | UNSECURED OTH | 1252.89 | .00 | 933.44 |
| A ALL FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8710.40 | .00 | 6489.68 |
| DIVISION DENTAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1517.23 | .00 | 1130.41 |
| INSTANT CASH | UNSECURED | NOT FILED | .00 | .00 |
| INSURE ON THE SPOT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE COMMERCIAL LP | UNSECURED | 532.18 | .00 | 396.50 |
| CFG LOAN COMPANY | FILED LATE | 699.00 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE BANKRUPTCY | UNSECURED | 893.39 | .00 | 665.62 |
| T MOBILE | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 7204.41 | .00 | 5367.65 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,295.64 |
| DEBTOR REFUND | REFUND | | | 232.80 |

   Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 23,332.80 | |
| PRIORITY | | .00 |
| SECURED | | 4,000.00 |
|    INTEREST | | 121.06 |
| UNSECURED | | 14,983.30 |
| ADMINISTRATIVE | | 2,700.00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 20355 JOSEPHINE COLLINS

```
TRUSTEE COMPENSATION                                          1,295.64
DEBTOR REFUND                                                   232.80
                                       ----------------   ----------------
TOTALS                                       23,332.80           23,332.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 11/20/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE